THE STATE OF MONTANA EX REL. KEM EUGENE COOP, A YOUTH, RELATOR, *v.* THE YOUTH COURT OF THE FOURTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF WHEATLAND, AND THE HONORABLE NAT ALLEN, YOUTH DIVISION JUDGE, RESPONDENT.

No. 13048.
Decided May 29, 1975.
538 P.2d 1033.

## ORDER

PER CURIAM:

An original application for a writ of supervisory control or other appropriate writ having been filed herein and presented *ex parte* seeking (1) annulment of certain orders and dismissal of proceedings in the Youth Court involving relator, and (2) to compel the Judge of the Youth Court of Wheatland County to appoint a qualified probation officer pursuant to statute.

Ordered: (1) The application for supervisory control to annul the orders of the Youth Court of Wheatland County and dismiss proceedings therein in Cause No. 201 is denied.

(2) The matter of compelling the Judge of the Youth Court of Wheatland County to appoint a qualified probation officer pursuant to statute is remanded to the district court of Wheatland County for hearing and determination.

(3) True copies of the application herein and this order shall be filed in the district court of Wheatland County and served on the respondent judge by the attorney for relator forthwith.